[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12702
Non-Argument Calendar
_____

D.C. Docket No. 1:05-cr-20393-KMM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TEDDY GARCIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 14, 2016)


Before HULL, MARCUS, and EDMONDSON, Circuit Judges.

PER CURIAM:

Teddy Garcia appeals the district court's denial of his motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(2).  He says that the district court abused its discretion by not considering the 18 U.S.C. § 3553(a) factors and by classifying him as a career offender.  Garcia was not eligible for a sentence reduction, because he was sentenced as a career offender.  So the district court did not have the authority to consider the § 3553(a) factors.  Furthermore, a § 3582(c)(2) motion cannot be used to challenge his status as a career offender.  *See Dillon v. United States*, 130 S. Ct. 2683 (2010).

AFFIRMED.